167 So. 916
## William BARNETT v. STATE.
### 8 Div. 242.

Court of Appeals of Alabama.
March 17, 1936.

BRICKEN, Presiding Judge.
Affirmed.

164 So. 913
## Joe Frank BARNHILL v. STATE.
### 4 Div. 138.

Court of Appeals of Alabama.
Nov. 12, 1935.

RICE, Judge.
Appeal dismissed.

164 So. 913
## J. E. BARRETT, alias Firpo, v. CITY OF TUSCALOOSA.
### 6 Div. 842.

Court of Appeals of Alabama.
Nov. 29, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.

164 So. 913
## J. C. BATCHELOR v. COMMERCIAL CREDIT CO.
### 5 Div. 205.

Court of Appeals of Alabama.
Nov. 12, 1935.

L. A. Farmer, of Dothan, for appellant.
T. E. Buntin, of Dothan, for appellee.

RICE, Judge.
Affirmed on motion of appellant.

167 So. 916
## Robert BAYLES v. STATE.
### 1 Div. 231.

Court of Appeals of Alabama.
April 14, 1936.

SAMFORD, Judge.
Affirmed.

173 So. 916
## Jim Bob BEARD v. STATE.
### 8 Div. 492.

Court of Appeals of Alabama.
Jan. 26, 1937.

RICE, Judge.
Affirmed.

167 So. 917
## Jess BEASLEY v. STATE.
### 1 Div. 230.

Court of Appeals of Alabama.
April 14, 1936.

SAMFORD, Judge.
Appeal dismissed.